JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE JOE SMITH,<br>　　　　Petitioner,<br>　　v.<br>JOE A. LIZARRAGA,<br>　　　　Respondent. | Case No. LA CV 15-8943 JFW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 5, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. JOHN F. WALTER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE